IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### ORDER VACATING APRIL 15, 2025, MONTHLY STATUS CONFERENCE

On April 8, 2025, the parties filed their second Joint Status Report ("JSR"). Doc. 155. The Court appreciates the parties' summary of this litigation's progress. Finding no outstanding disputes requiring the Court's attention, the Court vacates the April 15, 2025, status conference. Consistent with this Court's Initial Scheduling Order, Doc. 82, the parties are to submit a JSR in anticipation of the May 20, 2025, status conference.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA