**SEATING CHART**
**24–MD–3119 MLG- LF**
**In Re: Shale Oil Antitrust Litigation**
**Moton to Intervene**

**DATE:**    **Tuesday, July 15, 2025, at 9:30 a.m.**

**Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter**



| | |
|---|---|
| _Fran Jennings__ | _ __ |
| Daniel Higgins___ | |
| _Billy Trabando__ | _Stephen Medlock__ |
| _Tom Walsh_____ | _Boris Bershteyn_ | _Candice Enders__ | _ _ |
| _Andrew Paik____ | _Brian Moore____ | Carmen Medici__ |
| Nicholas Smith___ | _Melanie Jack_ | _Karin Swope ____ | Patrick Coughlin |

**Adam Steinhilber**          **Chris Dodd**

# [BENCH]